# CHARGES AND PENALTIES

**CASE NAME:** YANCARLOS ARREDONDO-MENDOZA   **CASE NO.** 2:22-CR-18-RMP-1

TOTAL # OF COUNTS: 1   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 01, 2022**

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) | Possession with Intent to Distribute 400 Grams or More of Fentanyl | CAG not less than 10 years imprisonment nor more than life; and/or a $10,000,000 fine; not less than 5 nor more than a life term of supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a; Deportation from the United States |
|  | 21 U.S.C. § 853 | Notice of Forfeiture Allegations |  |